IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Douglas Wilson,                                      Case No. 3:16CV1771

            Plaintiff

            v.                                          **ORDER**

Nancy A. Berryhill,
  Acting Commissioner of Social Security,

            Defendant

       This is a Social Security case in which the plaintiff, Douglas Wilson, appeals the Commissioner's decision denying his application for benefits.

       Pending is Magistrate Judge Ruiz's Report and Recommendation (Doc. 16), which rejected Wilson's arguments that the administrative law judge: 1) violated the treating-physician rule when he rejected the opinion of Dr. Brendan Bauer; 2) gave insufficient weight to the opinion of Dr. Nicholas Denbesten, a non-treating consultative examiner; and 3) gave undue weight to the opinions of two State agency physicians.

       Having found no merit in these arguments, the Magistrate Judge recommended that I affirm the Commissioner's decision.

       Wilson has not objected to the R&R.

       Because the failure to object to the R&R amounts to a waiver of Wilson's right to *de novo* review, *Amison v. Legg*, 2015 WL 853526, *1 (N.D. Ohio) (Lioi, J.), and because in any event I find the R&R to be well-taken, it is hereby

ORDERED THAT:

1. The Magistrate Judge's R&R (Doc. 16) be, and the same hereby is, adopted as the order of this Court; and

2. The Commissioner's decision denying the plaintiff's application for benefits be, and the same hereby is, affirmed.

So ordered.

/s/ James G. Carr
Sr. U.S. District Judge